ROBERT P. HENK    (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
735 Sunrise Avenue, Suite 160
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:          (916) 787-4530
Email:        henkleonard@aol.com

Attorneys for Plaintiff
**CYNTHIA ECK**

Angela L. Padilla     (154863)
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105-2482
Telephone:    (415) 268-7000
Fax:          (415) 268-7522
Email:        APadilla@mofo.com

Attorneys for Defendant,
**TARGET CORPORATION**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA ECK**<br><br>    Plaintiff,<br><br>    vs.<br><br>**TARGET CORPORATION**; and **DOES 1-50**,<br><br>    Defendant | **Case Number:  CV-06-00168-DFL-PAN**<br><br>**STIPULATION AND ORDER FOR REQUEST FOR DISMISSAL** |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS HEREIN:**

**IT IS HEREBY STIPULATED** by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, and on the merits, and without an award of costs or attorney's fees to any party, pursuant to FRCP 41(a)(1).

Stipulation and [Proposed] Order for Request for Dismissal

1

| | |
|---|---|
| Dated: April 17, 2006 | **HENKLEONARD**<br>*A Professional Law Corporation*<br><br>/s/SHERI L. LEONARD<br>**SHERI L. LEONARD**<br>Attorney for Plaintiff<br>**CYNTHIA ECK** |
| Dated: April 17, 2006 | **MORRISON & FOERSTER LLP**<br><br>/s/ANGELA L. PADILLA (as auth. on 4/17/06)<br>**ANGELA L. PADILLA**<br>Attorney for Defendant,<br>**TARGET CORPORATION** |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: 4/17/2006 | /s/ David F. Levi<br>**JUDGE OF THE UNITED STATES DISTRICT COURT** |

Stipulation and [Proposed] Order for Request for Dismissal